IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| BRIAN LEE WALKER, #15171035 | * * * | |
| Plaintiff, | * | |
| v. | * | No. 4:22-cv-00558-JJV |
| | * | |
| TIM RYALS, Sheriff, Faulkner County, *et al.* | * * * * | |
| Defendants. | * | |

## **JUDGMENT**

Pursuant to the jury verdict (Doc. 100) and the Court's prior Memorandum and Order (Doc. 79), it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claims are DISMISSED. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

SO ORDERED this 6th day of February 2024.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE